UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

JO ANN HARDY,

Plaintiff,

v.

MIMS, WURMAN & FISCHER, P.C., ET AL.,

Defendants.

Civil No. 02-341 RHK

NOTICE OF
STATUS CONFERENCE

---

You are hereby given notice that a status conference in the above captioned matter will be held on July 10, 2002, at 2:00 p.m., in Room 638 of the U.S. Federal Courts Building, 316 North Robert Street, St. Paul, MN, 55101, before the undersigned Magistrate Judge.

Dated: 6/18/02

Arthur J. Boylan
United States Magistrate Judge

Filed JUN 19 2002
Richard Sletten, Clerk
Judgment Entered ____________
Deputy Clerk's Initials ____________